QUINN EMANUEL URQUHART & SULLIVAN, LLP
 Tigran Guledjian (Bar No. 207613)
  tigranguledjian@quinnemanuel.com
 Richard H. Doss (Bar No. 204078)
  richarddoss@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Plaintiffs Seiko Epson Corporation,
Epson America, Inc., and Epson Portland Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **SEIKO EPSON CORPORATION,** a Japan corporation; **EPSON AMERICA, INC.,** a California corporation; and **EPSON PORTLAND INC.,** an Oregon corporation,,<br><br>Plaintiffs,<br><br>vs.<br><br>**AUDOORMATICS USA, INC.**, a California corporation; **LEE'S COLLECTION, INC.**, a California corporation; **SHER LI**, an individual, **IVY CHEN**, an individual; and **RI HUA LI**, an individual,<br><br>Defendants. | CASE NO. 2:20-cv-11148-MCS-MAA<br>_____<br><br>**JOINT REPORT AND NOTICE OF SETTLEMENT**<br><br>Scheduling Conference<br><br>Date: July 19, 2021<br>Time: 10:00 AM<br>Judge: Honorable Mark C. Scarsi<br>Courtroom: 7C, First Street Courthouse<br>350 W. 1st St, 7th Floor, Los Angeles, CA 90012 |

Pursuant to Federal Rule of Civil Procedure 16(b), 26(f), L.R. 26-1, and this Court's May 15, 2021 Order Setting Scheduling Conference (Dkt. 41), Plaintiffs Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc. (collectively, "Epson"), and Defendants Audoormatics USA, Inc., Lee's Collection, Inc., Sher Li, Ivy Chen, and Ri Hua Li (collectively "Defendants"), by and through their respective counsel, submit this Joint Report to inform the Court that the Parties have reached a settlement of their disputes in this case.

The Parties expect to file, by July 8, 2021, a Stipulated Final [Proposed] Consent Judgment and Permanent Injunction as to: Audoormatics USA, Inc. and Lee's Collection, Inc., and Notice of Dismissal of Sher Li, Ivey Chen, and Ri Hua Li pursuant to FRCP 41(a)(1)(A)(i).

Respectfully submitted,

Dated: July 2, 2021

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | LEECH TISHMAN FUSCALDO & LAMPL |
|---|---|
| By: /s/ Tigran Guledjian<br>**Tigran Guledjian**<br>California Bar No. 207613<br>tigranguledjian@quinnemanuel.com<br>**Richard H. Doss**<br>California Bar No. 204078<br>richarddoss@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000 | By: /s/ Douglas Morseburg<br>**Douglass H. Morseburg**<br>California Bar No. 126205<br>dmorseburg@LeechTishman.com<br>**Esther J. Choe**<br>California Bar No. 321667<br>echoe@LeechTishman.com<br>200 Los Robles Avenue, Suite 300<br>Pasadena, CA 91101<br>Telephone: (626) 796-4000 |
| *Attorneys for Plaintiffs Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc.* | *Attorneys for Defendants Audoormatics USA, Inc., Lee's Collection, Inc., Sher Li, Ivey Chen, and Ri Hua Li* |